FILED

12/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0557

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0557

IN THE MATTER OF:

N.J.,

    A Youth in Need of Care

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until February 6, 2025, to prepare, file, and serve the Appellant's opening brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 30 2024